842

**Excell ARMSTEAD, Appellant,**

v.

**Anton KOHLRUS et al., Appellees.**

No. 15782.

United States Court of Appeals
Sixth Circuit.

June 24, 1964.

Excell Armstead, in pro. per.

Samuel J. Torina, Detroit, Mich., for Honorable George E. Bowles, John J. Rusinack and Carl Ziemba.

Thomas Roy Finn, River Rouge, Mich., for George Mihaiu, Arthur Young and Victor Gori.

Thomas I. Klein, Detroit, Mich., Levin, Levin, Garvett & Dill, Detroit, Mich., on brief, for Anton Kohlrus.

Before MILLER and O'SULLIVAN, Circuit Judges, and BROWN, District Judge.

ORDER.

This cause having come on to be heard upon the record, the briefs and arguments of counsel, and upon due consideration thereof,

It is ordered that the judgment of the District Court be, and the same is hereby, affirmed.

**Artell M. HENRY, Plaintiff-Appellant,**

v.

**LEGAL AID BUREAU et al., Defendants-Appellees.**

No. 15766.

United States Court of Appeals
Sixth Circuit.

June 15, 1964.

Artell M. Henry, in pro. per.

Joseph C. Tournier, Harry Klein, Attys., Legal Aid Bureau, Detroit, Mich., for appellees.

Before WEICK, Chief Judge, and O'SULLIVAN and EDWARDS, Circuit Judges.

ORDER.

Upon consideration of the appeal, it is ordered that the appeal be and it is hereby dismissed on the ground that it is frivolous.

**In the Matter of KISH INDUSTRIES, INC., Debtor-Appellant.**

**KISH INDUSTRIES, INC., Appellant**

v.

**William H. NICHOLLS, Jr., Trustee, Appellee.**

No. 15982.

United States Court of Appeals
Sixth Circuit.

June 26, 1964.

Frederick L. Stackable, Lansing, Mich., for appellant.

Frederick L. Stackable, Lansing, Mich., Bernard Jay Coven, New York City, Harold W. Glassen, Lansing, Mich., for appellee.

J. Kirk Windle, Chicago, Ill., Philip A. Loomis, Jr., General Counsel, Walter P. North, Associate General Counsel, Securities and Exchange Commission, Washington, D. C., Thomas B. Hart, Regional Administrator, J. Kirk Windle, Special Counsel, William D. Scheid, Attorney, Securities and Exchange Commission, Chicago, Ill., on brief, for Securities and Exchange Commission.

Before CECIL, O'SULLIVAN and EDWARDS, Circuit Judges.

ORDER.

This cause having this day, June 19, 1964, come on to be heard upon the motion of the trustee, William H. Nicholls, Jr., to advance the hearing on the